Stanton L. Stein (SBN 45997)
    lstein@linerlaw.com
Ashley R. Yeargan (SBN 259523)
    ayeargan@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone:  (310) 500-3500
Facsimile:  (310) 500-3501

Attorneys for Plaintiff BLAKE TOLLISON SHELTON

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV (SBN 169454)
    alonzowickers@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800/Fax:  (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
ELIZABETH A. McNAMARA (Pro Hac Vice)
    elizabethmcnamara@dwt.com
JOHN M. BROWNING (Pro Hac Vice)
    jackbrowning@dwt.com
1521 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone:  (212) 489-8230/Fax:  (212) 489-8340
Attorneys for Defendants BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLAKE TOLLISON SHELTON,<br><br>        Plaintiff,<br><br>    vs.<br><br>BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC, and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-09057-CAS-AGR<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL** |

# [PROPOSED] ORDER

Based upon the stipulation by and between Plaintiff Blake Tollison Shelton ("Shelton") and Defendants Bauer Publishing Company L.P., Bauer Magazine, L.P., Bauer Media Group, Inc., Bauer, Inc., Heinrich Bauer North America, Inc., Bauer Media Group USA, LLC (collectively, "Bauer"), by and through their respective counsel of record,

**IT IS HEREBY ORDERED THAT:**

The case is hereby dismissed with prejudice. Each of the parties shall bear its own attorneys' fees and costs of suit herein.

**IT IS SO ORDERED.**

DATED: April 13, 2017

*/s/ Christina A. Snyder*

Hon. Christina A. Snyder
United States District Court Judge